INN - PROB 22
Rev. 05/04

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0755 2:06CR00201 |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Nicole Matthews | Northern District Of Indiana | Hammond |

RECEIVED
OCT 1 2 2007
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

| | | NAME OF SENTENCING JUDGE | |
|---|---|---|---|
| | | Honorable Judge James T. Moody | |
| DATES OF PROBATION/ SUPERVISED RELEASE | | FROM | TO |
| | | 07/30/2007 | 07/29/2009 |

OFFENSE
Conspiracy to Commit Bank Fraud and Aiding and Abetting
Title: 18:371 and 2

JUDGE FILIP

07 CR 696 JN

MAGISTRATE JUDGE ASHMAN

FILED
10-23-07
OCT 2 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Oct. 5, 2007
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 2 3 2007
_____
Effective Date

James R. Holderman
_____
United States District Judge